UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMBER AOSSEY, | Case No. 8:25-cv-01461-JDE |
| Plaintiff, | |
| v. | JUDGMENT |
| MERCEDES-BENZ USA, LLC, et al., | |
| Defendants. | |

Based on the Order Regarding Defendant's Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Amber Aossey shall take nothing by her Complaint and this Action is dismissed with prejudice.

Dated: July 7, 2026 _____

_____

JOHN D. EARLY

United States Magistrate Judge